UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
BRIDGET MCKEVITT,                              Index No.: **12-CV-4709 (TPG)**

      **Plaintiff,**

    v.

EMM GROUP HOLDINGS LLC d/b/a ABE
& ARTHUR'S RESTAURANT, MARK
BIRNBAUM, and EUGENE REMM,

      **Defendants.**
----------------------------------------------------------x

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff Bridget McKevitt ("Plaintiff") and Defendants EMM Group Holdings LLC d/b/a Abe and Arthur's Restaurant, Mark Birnbaum, and Eugene Remm (collectively "Defendants"), by and through their undersigned counsel, that the above-captioned action has been resolved by the Parties and is hereby dismissed, pursuant to FRCP § 41(a)(1)(A)(ii), *with prejudice and without costs or fees as to any party as against the other*.

| | |
|---|---|
| JOSEPH & KIRSCHENBAUM LLP | FOX ROTHSCHILD LLP |
| /s/ D. Maimon Kirschenbaum | /s/ Carolyn Richmond |
| D. Maimon Kirschenbaum | Carolyn Richmond |
| 233 Broadway, 5th Floor | Eli Freedberg |
| New York, NY 10279 | 100 Park Avenue, Suite 1500 |
| (212) 688-5640 | New York, NY 10017 |
| | (212) 878-7800 |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |